# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

DR. EDWARD L. JONES,


 PLAINTIFF.

V.

ANDREW HUGINE, JR.,
individually and
officially as President
of Alabama A & M
University;
BRIAN RUBLE, individually
and officially; CURTIS
MARTIN, individually and
officially; DANIEL WIMS,
individually and officially,
& ALABAMA A & M UNIVERSITY,

 DEFENDANTS.

CV 16-326-HGD

## DR. EDWARD L. JONES DECLARATION

My name is Edward L. Jones and I have personal knowledge of the following:

1. To date, I have never been served with any notice of termination.

2. I am a tenured professor and I have been employed by AAMU for over (20) twenty years. I have never been disciplined.

3. I do not have any information about the basis for the charges that AAMU has waged against me, I desire to be heard and I would like to have an opportunity to respond to the charges.

I declare under penalty of perjury that the above is true and correct on this the 15th day of March, 2016.

s/Edward L. Jones
Dr. Edward L. Jones
